<table>
<tr><td colspan="2">Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL ESPECIAL[1]</td></tr>
<tr><td>JESÚS MIRANDA GONZÁLEZ<br><br>Recurrido<br><br>V.<br><br>JUAN LUIS NEGRÓN ALICEA Y OTROS<br><br>Peticionarios</td><td>TA2025CE00954</td><td>*Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Toa Alta<br><br>Caso Núm. BY2024CV04956<br><br>Sobre: Cobro de Dinero- Vía Ordinaria</td></tr>
</table>

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Salgado Schwarz y la Jueza Álvarez Esnard

**Grana Martínez, Jueza Ponente**

### RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2025.

El 25 de diciembre del año en curso, la Sucesión de Jacinto Rivera Pérez, Sucesión de Elida Agustina Negrón Cintrón compuesta por sus hijas; Elida Margarita Rivera Negrón Y Elba Esther Rivera Negrón, Juan Luis Negrón Alicea y otros presentaron la petición de *Certiorari* que nos ocupa por conducto de su representación legal.

La parte peticionaria en este recurso cuestiona la negativa del Foro primario a permitir, en una etapa avanzada del proceso, la intervención de la Sucesión de Jacinto Rivera Pérez, así como la desestimación de la reclamación presentada.

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de certiorari, rechazamos la *Moción en Auxilio de Jurisdicción*, así como se deniega la expedición del Certiorari.

**Notifíquese inmediatamente.**

---

[1] Mediante Orden Administrativa Número OATA-2025-243, se designa el panel especial

RES2025_____

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones